# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| THE COALITION OF ABUSED SCOUTS FOR JUSTICE, | |
| Appellant | Civ. No. 23-1443-RGA |
| v. | |
| OFFICE OF THE UNITED STATES TRUSTEE, | |
| Appellee | |

**NOTICE OF APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE THIRD CIRCUIT**

NOTICE IS HEREBY GIVEN that the Coalition of Abused Scouts for Justice appeal to the United States Court of Appeals for the Third Circuit from the final Order and accompanying Opinion of the United States District Court for the District of Delaware (Hon. Richard G. Andrews), entered January 13, 2025 (D.I. 16, 17), affirming the Order (Bankruptcy D.I. 11653) and accompanying Opinion (Bankruptcy D.I. 11652) of the United States Bankruptcy Court for the District of Delaware (Hon. Laurie S. Silverstein), and all other orders, decisions, and opinions subsumed therein.

The parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

{00252184-1}

United States Trustee:　　　　　　　Timothy J. Fox
　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　Office of the United States Trustee
　　　　　　　　　　　　　　　　　　J. Caleb Boggs Federal Building
　　　　　　　　　　　　　　　　　　844 King Street, Suite 2207
　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　Phone:  302.573.6491
　　　　　　　　　　　　　　　　　　Email:  Timothy.Fox@usdoj.gov

Dated:  January 27, 2025　　　　　　MONZACK MERSKY AND BROWDER, P.A.
Wilmington, Delaware

　　　　　　　　　　　　　　　　　　*/s/ Rachel B. Mersky*
　　　　　　　　　　　　　　　　　　Rachel B. Mersky
　　　　　　　　　　　　　　　　　　(DE No. 2049)
　　　　　　　　　　　　　　　　　　1201 North Orange Street
　　　　　　　　　　　　　　　　　　Suite 400
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　Telephone:　(302) 656-8162
　　　　　　　　　　　　　　　　　　Facsimile:　(302) 656-2769
　　　　　　　　　　　　　　　　　　E-mail:　　RMersky@Monlaw.com

　　　　　　　　　　　　　　　　　　*Counsel to the Coalition for Abused Scouts for Justice*